BEFORE THE SECOND DIVISION, JANUARY 5, 1948

No. 52093.—Heilig & Florea, Inc., et al. *v.* United States, protests 650240–G, etc. (New York).

Opinion by KINCHELOE, J.   It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333).   The claim of the plaintiffs was therefore sustained.